**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case Number: 16-CR-20445-JEM**

**UNITED STATES OF AMERICA,**

     **vs.**

**LINDA MARQUEZ,**

         **Defendant.**

_____/

## GOVERNMENT'S SECOND MOTION FOR A RULE 35 REDUCTION

The United States of America moves to reduce the sentence of Defendant Linda Marquez pursuant to Rule 35 of the Federal Rules of Criminal Procedure:

1.      On June 13, 2016, the defendant was charged by Information with one count of conspiracy to commit health care fraud and wire fraud, in violation of Title 18, United States Code, Section 1349.

2.      On September 1, 2016, the defendant pleaded guilty to conspiracy to commit health care fraud and wire fraud.

3.      On November 4, 2016, the defendant was sentenced to ninety-seven (97) months' imprisonment and ordered to pay $12,585,583.99 in restitution.

4.      On December 1, 2017, the Government moved to reduce the defendant's sentence based on the substantial assistance she provided in the investigation and prosecution of other individuals.  In its motion, the Government sought a forty-one (41) percent reduction in the defendant's sentence, resulting in a total sentence of fifty-seven (57) months' imprisonment.

5.      On December 4, 2017, this Court granted the Government's motion, reducing the defendant's sentence to fifty-seven (57) months' imprisonment.

6.      Since the Government's first Rule 35 motion, the defendant has provided the government with additional substantial assistance in the investigation, prosecution, and conviction of two additional individuals.   As a result of her substantial assistance, the government recommends a fifteen (15) percent reduction in the defendant's sentence.  Such a reduction would lead to a total sentence of forty-eight (48) months for Marquez.

7.      Pursuant to Local Rule 88.9, the United States conferred with defense counsel Emilio de la Cal, Esq., who joins the instant Motion.

Respectfully submitted,

ROBERT ZINK
CHIEF, FRAUD SECTION

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:     */s/ Alexander Thor Pogozelski*
        Alexander Thor Pogozelski
        Florida Special Bar No. A5502549
        Trial Attorney
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue, N.W.
        Washington, D.C. 20005
        Tel: (202) 510-2208
        Email: alexander.pogozelski@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on April 10, 2020, I served and filed the forgoing document with the

Clerk of the Court via CM/ECF.

By:     */s/ Alexander Thor Pogozelski*
Alexander Thor Pogozelski
Florida Special Bar No. A5502549
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 510-2208
Email: alexander.pogozelski@usdoj.gov